UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1955 DSD/JMM

| | | |
|---|---|---|
| WILLIAM EVITCH, Plaintiff, | ) | |
| v. | ) | ORDER |
| M. MIKEL, MAILROOM CLERK AND POSTMASTER OR POSTMISTRESS APPLETON POST OFFICE Defendant. | ) | |

For good cause shown, based on the entire file herein, it is hereby

ORDERED that the above entitled action against the Postmaster or Postmistress is and shall be dismissed with prejudice; it is further

ORDERED that the action is remanded to the State of Minnesota, County of Swift, Conciliation Court, subject to this order, for all further proceedings.

Dated this 21st day of ~~November~~ December 2001

The Honorable David S. Doty
United States District Court Judge

FILED 12-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

# Please forward this announcement to the recipient of this fax.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500